2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 13-25309-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

Nancy Pfeil
618 E 7th Ave
Tarentum PA 15084

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/29/2016.

Name and Address of Alleged Transferor(s):

Claim No. 3: Wilmington Savings Fund Society, FSB, 500 Delawre Avenue 11th Floor, Wilmington Delaware 19801

Name and Address of Transferee:

BCAT2014-4TT
Wilmington Savings Fund Society, FSB
c/o Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC  29603

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/31/16

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 13-25309-GLT
Nancy Pfeil                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: amaz            Page 1 of 1        Date Rcvd: Jul 29, 2016
                       Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14119515        +E-mail/Text: Bankruptcy@wsfsbank.com Jul 30 2016 01:16:17
                 Wilmington Savings Fund Society, FSB,    500 Delawre Avenue 11th Floor,
                 Wilmington Delaware 19801-7405
                                                                                                TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2016 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Andrew F Gornall    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, et al... agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Andrew F Gornall    on behalf of Creditor    GCAT 2014-4, LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Andrew F Gornall    on behalf of Creditor    Secretary of Housing and Urban Development agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Lawrence W. Willis    on behalf of Debtor Nancy  Pfeil help@urfreshstrt.com, urfreshstrt@gmail.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                TOTAL: 7