**Form 213**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Nancy Pfeil**
    Debtor(s)

Bankruptcy Case No.: 13–25309–GLT
Related to Docket No. 60
Chapter: 13
Docket No.: 64 – 60
Concil. Conf.: January 26, 2017 at 10:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **December 9, 2016,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **December 27, 2016,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **January 26, 2017** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: October 26, 2016

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

>Ronda J. Winnecour, Trustee
>P.O. Box 84051
>Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 13-25309-GLT
Nancy Pfeil                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: dbas              Page 1 of 1          Date Rcvd: Oct 26, 2016
                            Form ID: 213            Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2016.
```
db         +Nancy Pfeil,    618 E 7th Ave,    Tarentum, PA 15084-1625
cr         +BANK OF AMERICA, N.A.,    2380 Performance Dr,    Richardson, TX 75082-4333
13770739   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,     PO Box 982235,    El Paso, TX 79998)
14266645   +BCAT2014-4TT,    Wilmington Savings Fund Society, FSB,     c/o Shellpoint Mortgage Servicing,
             PO Box 10826,    Greenville, SC 29603-0826
13837873    Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13770740   +Bourgh Of Tarentum,    318 Second Avenue,    Tarentum, PA 15084-1835
13770741   +Citfinancial,    605 Munn Rd,    Fort Mill, SC 29715-8421
14119513   +GCAT 2014-4,LLC,,    1755 Wittington Place Suite 400,    Dallas, TX 75234-1928
13770742   +Onemain,    PO Box 499,    Hanover, MD 21076-0499
13770744   +Peoples Natural Gas,    1201 Pitt St,    Pittsburgh, PA 15221-2098
13770745   +Pinnacle Credit Services LLC,    David Apothaker,    520 Fellowship Road C306,
             Mount Laurel, NJ 08054-3410
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13788385   +E-mail/Text: bncmail@w-legal.com Oct 27 2016 01:28:38     ALTAIR OH XIII, LLC,
             C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13805254    E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 27 2016 01:28:40     Jefferson Capital Systems LLC,
             Po Box 7999,    Saint Cloud Mn 56302-9617
13770743   +E-mail/PDF: cbp@onemainfinancial.com Oct 27 2016 02:16:03     Onemain Financial,
             6801 Colwell Blvd,    Irving, TX 75039-3198
14119515   +E-mail/Text: Bankruptcy@wsfsbank.com Oct 27 2016 01:29:10
             Wilmington Savings Fund Society, FSB,    500 Delawre Avenue 11th Floor,
             Wilmington Delaware 19801-7405
                                                                                             TOTAL: 4
```

```
           ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr           GCAT 2014-4, LLC
cr           Secretary of Housing and Urban Development
cr           WILMINGTON SAVINGS FUND SOCIETY, et al...
14119512     Secretary of Housing and Urban Development,    451 7th Street, S.W., Washington D.C 204
                                                                             TOTALS: 4, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2016 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, et al...
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    GCAT 2014-4, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    Secretary of Housing and Urban Development
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Lawrence W. Willis    on behalf of Debtor Nancy  Pfeil help@urfreshstrt.com,    urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```