Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Nancy Pfeil** | : | Case No. 13−25309−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Related to Docket No. 60 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this **12th day of January, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                              Case No. 13-25309-GLT
Nancy Pfeil                                                         Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dbas              Page 1 of 1              Date Rcvd: Jan 12, 2017
                              Form ID: 309            Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2017.
db             +Nancy Pfeil,    618 E 7th Ave,    Tarentum, PA 15084-1625
14266645       +BCAT2014-4TT,    Wilmington Savings Fund Society, FSB,    c/o Shellpoint Mortgage Servicing,
                 PO Box 10826,   Greenville, SC 29603-0826
13837873        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13770740       +Bourgh Of Tarentum,    318 Second Avenue,    Tarentum, PA 15084-1835
13770741       +Citfinancial,    605 Munn Rd,    Fort Mill, SC 29715-8421
14119513       +GCAT 2014-4,LLC,,    1755 Wittington Place Suite 400,    Dallas, TX 75234-1928
13770742       +Onemain,    PO Box 499,   Hanover, MD 21076-0499
13770744       +Peoples Natural Gas,    1201 Pitt St,    Pittsburgh, PA 15221-2098
13770745       +Pinnacle Credit Services LLC,    David Apothaker,    520 Fellowship Road C306,
                 Mount Laurel, NJ 08054-3410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: BANKAMER.COM Jan 13 2017 01:48:00      BANK OF AMERICA, N.A.,    2380 Performance Dr,
                 Richardson, TX 75082-4333
13788385       +E-mail/Text: bncmail@w-legal.com Jan 13 2017 01:53:53      ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13770739        EDI: BANKAMER.COM Jan 13 2017 01:48:00      Bank of America,    PO Box 982235,
                 El Paso, TX 79998
13805254        EDI: JEFFERSONCAP.COM Jan 13 2017 01:49:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
13770743       +EDI: AGFINANCE.COM Jan 13 2017 01:43:00      Onemain Financial,    6801 Colwell Blvd,
                 Irving, TX 75039-3198
14119515       +E-mail/Text: Bankruptcy@wsfsbank.com Jan 13 2017 01:54:19
                 Wilmington Savings Fund Society, FSB,    500 Delawre Avenue 11th Floor,
                 Wilmington Delaware 19801-7405
                                                                                              TOTAL: 6

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              GCAT 2014-4, LLC
cr              Secretary of Housing and Urban Development
cr              WILMINGTON SAVINGS FUND SOCIETY, et al...
14119512        Secretary of Housing and Urban Development,    451 7th Street, S.W., Washington D.C 204
                                                                                   TOTALS: 4, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, et al...
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    GCAT 2014-4, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    Secretary of Housing and Urban Development
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, et al...
               bkgroup@kmllawgroup.com
              Lawrence W. Willis    on behalf of Debtor Nancy  Pfeil help@urfreshstrt.com,   urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```