**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> NANCY PFEIL <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Repondents. | Case No.:13-25309 GLT <br><br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/26/2013 and confirmed on 02/27/2014 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 15,983.15 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 15,983.15 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,500.00 | |
|     Trustee Fee | 598.59 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,098.59 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY FS <br>     Acct: 7882 | 0.00 | 10,714.49 | 0.00 | 10,714.49 |
|   WILMINGTON SAVINGS FUND SOCIETY FS <br>     Acct: 7882 | 0.00 | 0.00 | 0.00 | 0.00 |
|   WILMINGTON SAVINGS FUND SOCIETY FS <br>     Acct: 7882 | 13,180.98 | 1,170.07 | 0.00 | 1,170.07 |
| | | | | 11,884.56 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ <br>     Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   NANCY PFEIL <br>     Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   WILLIS & ASSOCIATES <br>     Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   LAWRENCE W WILLIS ESQ <br>     Acct: | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|   WILMINGTON SAVINGS FUND SOCIETY FS <br>     Acct: 7882 | 550.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | | ***NONE*** | | | |
| Unsecured | | | | | |
| | BOROUGH OF TARENTUM** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0000 | | | | |
| | CITIFINANCIAL INC (NON-RE*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | ONE MAIN BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3805 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | PINNACLE CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: OG03 | | | | |
| | ALTAIR OH XIII LLC | 10,218.70 | 0.00 | 0.00 | 0.00 |
| | Acct: 7640 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 448.10 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                11,884.56

TOTAL CLAIMED
PRIORITY              550.00
SECURED            13,180.98
UNSECURED          10,666.80

Date: 02/08/2017                                            /s/ Ronda J. Winnecour
                                                            RONDA J WINNECOUR PA ID #30399
                                                            CHAPTER 13 TRUSTEE WD PA
                                                            600 GRANT STREET
                                                            SUITE 3250 US STEEL TWR
                                                            PITTSBURGH, PA  15219
                                                            (412) 471-5566
                                                            cmecf@chapter13trusteewdpa.com